IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAIME REYES-GARCIA,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-4972

P. M. DUNN CONSTRUCTION
CO. INC., SOUTHEAST
EMPLOYEE LEASING/LION
INSURANCE COMPANY, AND
PACKARD CLAIMS
ADMINISTRATION,

Appellees.

_____/

Opinion filed July 6, 2016.

An appeal from an order of the Judge of Compensation Claims.
Robert D. Mcaliley, Judge.

Date of Accident:  June 5, 2014.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

William H. Rogner of Hurley, Rogner, Miller, Cox, Waranch & Westcott, Winter
Park; Anthony Amelio of Hurley, Rogner, Miller, Cox, Waranch & Westcott, Ft.
Pierce, for Appellees.

PER CURIAM.

    AFFIRMED.

ROBERTS, C.J., LEWIS and RAY, JJ., CONCUR.